1  MORGAN, LEWIS & BOCKIUS LLP
   CARRIE A. GONELL, State Bar No. 257163
2  JOHN D. HAYASHI, State Bar No. 211077
   5 Park Plaza, Suite 1750
3  Irvine, CA  92614
   Tel:  949.399.7000
4  Fax:  949.399.7001
   email: cgonell@morganlewis.com
5          jhayashi@morganlewis.com

6  Attorneys for Defendants
   GAMESTOP CORP. and GAMESTOP, INC.
7
   (PLAINTIFFS' COUNSEL ON NEXT PAGE)
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  BRETT MCHORNEY and JORDAN MAYER, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No. CV 09-02879 GHX (MANx) |
| 12 | **JOINT MOTION TO STAY PROCEEDINGS** |
| 13        Plaintiffs, | |
| 14   vs. | |
| 15  GAMESTOP CORP., GAMESTOP, INC., and DOES 1-10 inclusive, | |
| 16 | |
| 17        Defendants. | |

| | |
|---|---|
| 1 | |
| 2 | Nichols Kaster, LLP<br>Matthew C. Helland<br>One Embarcardero Center, Suite 720<br>San Francisco, CA  94111<br>Tel:  415.277.7235<br>Fax: 415.277.7238 |
| 3 | |
| 4 | |
| 5 | Nichols Kaster, LLP<br>E. Michelle Drake, Esq.<br>Paul J. Lukas, Esq.<br>4600 IDS Center, 80th South Street<br>Minneapolis, NJ  55402<br>Tel:  612.256.3200<br>drake@nka.com<br>lukas@nka.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Ervin Cohen and Jessup LLP<br>Eric W Cheung<br>9401 Wilshire Boulevard 9th Floor<br>Beverly Hills , CA 90212<br>Tel.: 310-281-6392<br>Fax: 310-887-6874<br>echeung@ecjlaw.com |
| 11 | |
| 12 | |
| 13 | |
| 14 | Attorneys for Plaintiffs<br>BRETT MCHORNEY and JORDAN MAYER, individually, on behalf of others similarly situated, and on behalf of the general public |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# JOINT MOTION TO STAY PROCEEDINGS

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure and other applicable law, Plaintiffs Brett McHorney and Jordan Mayer ("Plaintiffs"), and Defendants GameStop Corp. and GameStop, Inc. ("Defendants," together with Plaintiffs, the "Parties"), by and through their respective counsel, enter into the following Stipulation and jointly move the Court for an Order as follows:

WHEREAS, Plaintiffs filed their class action complaint on April 24, 2009;

WHEREAS, Plaintiffs served their complaint on Defendants on April 27, 2009;

WHEREAS, on June 22, 2009, the Court issued an Order Setting Scheduling Conference setting a deadline of July 24, 2009 for the parties to meet and confer under Rule 26(f), August 10, 2009 to submit a joint Report of Parties' Planning Meeting, and scheduling a Case Management Conference for August 24, 2009;

WHEREAS, on July 8, 2009, the Court granted the Parties' Stipulation continuing Plaintiffs' deadline to move for class certification pursuant to Civil Local Rule 23-3;

WHEREAS, the Parties agree that costly motion practice and discovery will be required in order to litigate this action through trial;

WHEREAS, in lieu of said motion practice and discovery, the Parties have agreed to engage in discussions and an exchange of information to determine whether the parties can reach an early resolution of their disputes; and

WHEREAS the parties agree that a stay of further proceedings and discovery will enable the Parties to potentially reach an early resolution of their disputes.

THEREFORE, the Parties hereby Stipulate and jointly move the Court for an Order as follows:

1. That all proceedings in this Action, including discovery and obligations under Rule 26(a) and (f), be stayed;

2. That the deadlines to meet and confer and submit a joint report

1  pursuant to Rule 26(f) be vacated;

2      3.    That the August 24, 2009 Case Management Conference be taken off-
3  calendar and continued for at least sixty (60) days;

4      4.    That the stay imposed by this Stipulation may be lifted at any time
5  with fourteen (14) days written notice by either Party to the Parties and the Court;

6      5.    That Plaintiffs shall be relieved of the deadline to file for class
7  certification pursuant to Civil Local Rule 23-3 and that the deadline to file class
8  certification motions shall be continued to a date to be determined at the continued
9  Case Management Conference; and

10      6.    That this Stipulation shall in no way serve as a waiver by either Party
11  of any right, remedy, or procedural vehicle available, including, but not limited to,
12  Defendants' right to compel arbitration of these disputes or Plaintiffs' right to seek
13  class certification.

Dated:   July 31, 2009                    MORGAN, LEWIS & BOCKIUS LLP


By   /s/ Carrie A. Gonell
    Carrie A. Gonell

Attorneys for Defendants
GAMESTOP CORP. and
GAMESTOP, INC.

Dated:   July 31, 2009                    NICHOLS KASTER, LLP


By   /s/ Matthew C. Helland
    Matthew C. Helland

Attorneys for Plaintiffs
BRETT MCHORNEY and JORDAN
MAYER, individually, on behalf of
others similarly situated, and on
behalf of the general public

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/21245946.3                    2                    JOINT MOTION TO STAY PROCEEDINGS