1   MORGAN, LEWIS & BOCKIUS LLP
    CARRIE A. GONELL, State Bar No. 257163
2   JOHN D. HAYASHI, State Bar No. 211077
    5 Park Plaza, Suite 1750
3   Irvine, CA  92614
    Tel:  949.399.7000
4   Fax:  949.399.7001
    email:cgonell@morganlewis.com
5          jhayashi@morganlewis.com

6   Attorneys for Defendants
    GAMESTOP CORP. and GAMESTOP, INC.
7
    (PLAINTIFFS' COUNSEL ON NEXT PAGE)
8

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11  BRETT MCHORNEY and JORDAN        Case No. CV 09-02879 GHK (MANx)
    MAYER, individually, on behalf of
12  others similarly situated, and on behalf  **JOINT STATUS REPORT RE:**
    of the general public,            **CLAIMS ADMINISTRATION**
13
                    Plaintiffs ,
14
            vs.
15
    GAMESTOP CORP., GAMESTOP,
16  INC., and DOES 1-10 inclusive,

17                  Defendants.

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22304899.1

JOINT STATUS REPORT RE: CLAIMS
ADMINISTRATION

1

2   Nichols Kaster, LLP
    Matthew C. Helland
3   One Embarcardero Center, Suite 720
    San Francisco, CA  94111
    Tel:  415.277.7235
4   Fax: 415.277.7238

5   Nichols Kaster, LLP
    E. Michelle Drake, Esq. (admitted *pro hac vice*)
6   Paul J. Lukas, Esq. (admitted *pro hac vice*)
    4600 IDS Center, 80th South Street
7   Minneapolis, NJ  55402
    Tel:  612.256.3200
8   drake@nka.com
    lukas@nka.com
9
    Ervin Cohen & Jessup LLP
10  Eric W. Cheung
    9401 Wilshire Boulevard 9th Floor
11  Beverly Hills , CA 90212
    Tel.: 310-281-6392
12  Fax: 310-887-6874
    echeung@ecjlaw.com
13
    Attorneys for Plaintiffs
14  BRETT MCHORNEY and JORDAN
    MAYER, individually, on behalf of
15  others similarly situated, and on behalf
    of the general public

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22304899.1

2

JOINT STATUS REPORT RE: CLAIMS
ADMINISTRATION

**JOINT STATUS REPORT RE: CLAIMS ADMINISTRATION**

1. Pursuant to the Court's Order dated February 14, 2011, counsel for the Parties, in conjunction with the Claims Administrator, Rust Consulting, have been actively investigating the claim forms and opt-outs received, and identified as deficient, by Rust.

2. Counsel for Defendants worked with Rust to further investigate the potentially deficient opt-out forms. Following that investigation, Rust has been instructed to deem said opt-outs as valid and timely.

3. Counsel for Plaintiffs contacted claimants who submitted deficient claim forms in order to resolve such deficiencies. Counsel for Plaintiffs is currently awaiting responses from some claimants and anticipates that such responses should be received no later than March 11, 2011.

4. For the foregoing reasons, the Parties request an additional one-week period of time to provide a final status report and declarations to the Court and a revised proposed Final Order in response to the Court's February 14, 2011 Order.

5. The Parties will file said documents no later than March 14, 2011.

Respectfully submitted,

DATED: March 7, 2011                    NICHOLS KASTER, LLP


By:    /c/ Matthew C. Helland
       Matthew C. Helland
       Attorneys for Plaintiffs and the
       Proposed Class

DATED: March 7, 2011                    MORGAN, LEWIS & BOCKIUS LLP


By:    /s/ Carrie A. Gonell
       Carrie A. Gonell
       Attorneys for Defendants
       GAMESTOP CORP. and
       GAMESTOP, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22304899.1

1                    JOINT STATUS REPORT RE: CLAIMS
                     ADMINISTRATION