MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL, State Bar No. 257163
cgonell@morganlewis.com
JOHN D. HAYASHI, State Bar No. 211077
jhayashi@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel:  949.399.7000
Fax:  949.399.7001

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT MCHORNEY and JORDAN MAYER, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>              Plaintiffs ,<br><br>        vs.<br><br>GAMESTOP CORP., GAMESTOP, INC., and DOES 1-10 inclusive,<br><br>              Defendants. | Case No. CV 09-02879 GHK (MANx)<br><br>Hon. George H. King<br><br>**DECLARATION CARRIE A. GONELL RE: CLAIMS ADMINISTRATION** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22313355.1

DECLARATION OF CARRIE GONELL RE:
CLAIMS ADMINISTRATION

## DECLARATION OF CARRIE A. GONELL

I, Carrie A. Gonell, declare and state as follows:

1.      I am a partner with the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), counsel of record for Defendants GameStop Corp. and GameStop, Inc. (together "Defendants").  I am licensed to practice law in the State of California and am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and I could and would testify competently thereto if called upon to do so.  I submit this Declaration Re: Claims Administration in this matter.

2.      Pursuant to the Court's Order dated February 14, 2011, John Hayashi and I, counsel for GameStop, conferred with the Claims Administrator, Rust Consulting ("Rust"), to discuss the Request for Exclusion forms ("Opt-Outs") that Rust initially identified as late or deficient.  We reviewed a list prepared by Rust of the late and deficient Opt-Outs, and the reasons that Rust deemed them to be late or deficient.  Working in conjunction with Rust, we concluded that all late and deficient Opt-Outs that were received by Rust should be considered valid and timely.

3.      Rust has provided an updated Declaration and list of all valid and timely Opt-Outs pursuant to our discussions, including the Opt-Outs  to be deemed timely as provided above in Paragraph 2.  A list of the names of class members who submitted valid and timely Opt-Outs is attached as Exhibit A to the Declaration of Caryn Donly from Rust.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 14th day of March, 2011 at Irvine, California.

/S/ Carrie A. Gonell
Carrie A. Gonell

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/22313355.1

DECLARATION OF CARRIE GONELL RE:
CLAIMS ADMINISTRATION