NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Individual and Representative Plaintiffs

Additional Attorneys on the Following Page

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brett McHorney and Jordan Mayer, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GameStop Corp., GameStop, Inc., and DOES 1-10 inclusive,<br><br>Defendants. | Case No. CV 09-02879 GHK (MAN)<br><br>**DECLARATION OF MATTHEW C. HELLAND REGARDING CLAIMS ADMINISTRATION ISSUES** |

DB2/22318802.1

**DECLARATION OF MATTHEW C. HELLAND**

| | |
|---|---|
| 1 | ERVIN, COHEN & JESSUP LLP |
| | Eric W. Cheung, CA State Bar No. 235008 |
| 2 | echeung@ecjlaw.com |
| 3 | 9401 Wilshire Blvd, 9th Floor |
| | Beverly Hills, CA  90212 |
| 4 | Telephone: (310) 281-6392 |
| 5 | Facsimile: (310) 887-6874 |
| 6 | |
| | NICHOLS KASTER, PLLP |
| 7 | Paul J. Lukas, MN State Bar No. #22084X |
| | lukas@nka.com |
| 8 | (admitted pro hac vice) |
| 9 | E.  Michelle Drake, MN State Bar No. #0387366 |
| | drake@nka.com |
| 10 | (admitted pro hac vice) |
| 11 | 4600 IDS Center |
| | 80 South 8th Street |
| 12 | Minneapolis, MN  55402 |
| 13 | Telephone: (612) 256-3200 |
| | Facsimile: (612) 338-4878 |
| 14 | |
| 15 | Attorneys for Individual and Representative Plaintiffs |

DB2/22318802.1                                    -2-

**DECLARATION OF MATTHEW C. HELLAND**

1.      My name is Matthew C. Helland.  I am an attorney with the law firm of Nichols Kaster and am counsel of record in this action.  I make this declaration based on my own personal knowledge.

2.      Employees from my law firm followed up with 10 potential claimants who had submitted deficient claim forms, in hopes that we might resolve those deficiencies. On February 18, 2011, an employee from my firm called and left voice messages with all of these claimants.  That same day we emailed and/or mailed letters with the claim form attached/enclosed as well.  During the week of February 21 to February 25, we continued to call and leave voice messages for all non-responsive claimants. Additionally, on February 22, 2011, we sent another round of emails to claimants we had reached who had not yet returned a revised claim form. On March 8, 2011, we conducted a search for possible new addresses of non-responsive claimants. We sent another letter with the claim form enclosed to each claimant (at their updated address, if applicable) who had not responded.

3.      After these efforts we received 4 updated claim forms.  We have provided Rust and Counsel for Defendants with copies of these claim forms.

4.      We have also reviewed the late claim forms identified by Rust as of this date, and the parties have determined that they should be paid as part of the settlement.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 14, 2011                                    s/ Matthew C. Helland
                                                                       Matthew C. Helland

DB2/22318802.1                                          -3-

**DECLARATION OF MATTHEW C. HELLAND**